UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RLP-AMPUS PLACE, LLC, a Nevada series limited liability company of the container RED LIZARD PRODUCTIONS LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>PLATINUM CAPITAL GROUP INCORPORATED, *et al.*,<br><br>          Defendants. | Case No.  2:13-cv-01843-APG-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated October 9, 2013, required the parties to file a Joint Status Report regarding removed action no later than November 11, 2013. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **December 2, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 20th day of November, 2013.

                                                 GEORGE FOLEY, JR.
                                                 United States Magistrate Judge