UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RLP-AMPUS PLACE, LLC, | Case No.: 2:13-CV-01843-APG-GWF |
| Plaintiff, | |
| vs. | |
| PLATINUM CAPITAL GROUP INCORPORATED; US BANK, N.A.; MTC FINANCIAL, INC.; MONTAGUE MARRON COMMUNITY ASSOCIATION; and THOMAS MARSDEN, | |
| Defendants. | |

### ORDER REMANDING CASE TO STATE COURT

Pursuant to the parties' Joint Status Report (Doc. #12), IT IS ORDERED that this action is hereby REMANDED to Department No. XIII, District Court, Clark County, Nevada.

DATED this 3rd day of February, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1